ROBERT GRINHAM'S (dependent's) CASE. March 3, 1966. On December 1, 1962, Grinham collapsed and died while working on the roof of a partly completed building. Grinham spent the two hours before his death carrying eighty-five pound pipes, from one level to an upper level, in climbing to the roof over ladders, and in work on the roof. Upon the basis of circumstances revealed by an autopsy report one Dr. Sagall testified that, in his opinion, the work that Grinham had been doing "contributed to his death and hastened his heart failure." Despite substantial medical testimony to the contrary and pertinent cross-examination of Dr. Sagall, the reviewing board adopted the finding of the single member that Grinham, in the course of his employment, sustained an injury which

contributed to his death. We cannot say that there was no sufficient support for the finding in the medical evidence. The decree of the Superior Court enforcing the reviewing board's decision is affirmed. Costs and expenses shall be allowed by the single justice.

*So ordered.*

*Edmund Z. Dymsza* for the insurer.
*Norman P. Beane, Jr.,* for the claimant.